UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>New Century TRS Holdings, Inc., a Delaware Corporation, *et al.*<br><br>Debtor. | Bk. No. 07-10416 (KJC)<br><br>Chapter 11<br><br>Jointly Administered |
| Alan M. Jacobs, Liquidating Trustee for the New Century Liquidating Trust,<br><br>Plaintiff,<br><br>vs. | **STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTION ASSIGNED TO THE HONORABLE CHRISTOPHER S. SONCHTI** |

| **DEFENDANTS** | **ADVERSARY NUMBER** |
|---|---|
| American MortgageBanc | 09-51845 |
| Benchmark Lending Group, Inc. | 09-51813 |
| Broker Solutions, Inc. | 09-51834 |
| Directors Mortgage, Inc. | 09-51825 |
| Equilliance, LLC | 09-51811 |
| Gateway Mortgage Group, LLC | 09-51846 |
| Mac-Clair Mortgage Corporation | 09-51853 |
| Old Merchants Mortgage, Inc. | 09-51855 |
| Serramonte Mortgage Company, Inc. | 09-51817 |
| United Pacific Realty and Investment, Inc. | 09-51828 |
| Wall Street Mortgage Bankers, Ltd. | 09-51823 |

**TOTAL NUMBER OF ADVERSARY PROCEEDINGS: 11**

Pursuant to the Court's Notice and Order of Request for Status Report entered on July 21, 2010, and on July 26, 2010 in the above referenced adversary proceedings, Plaintiff files the attached status report providing a status of the above referenced Adversary Actions.

Dated: August 2, 2010

Local Counsel

By    /s/ *Ronald S. Gellert*
Ronald S. Gellert, Esq. DE 4259
Tara Lattomus, Esq. DE 3515
Brya Keilson, Esq. DE 4643
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
**Telephone:** (302) 425-0430 **Fax:** (302) 425-0432

and

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101, MN SBN 0266292, VA SBN 18666
Karen M. Scheibe, MN SBN 0300469, ND SBN 05683,

SD SBN 1912
A•S•K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121
Telephone: (651) 406-9665 ext. 845   Fax: (651) 406-9676

Attorneys For Plaintiff, Alan M. Jacobs, Liquidating Trustee
for the New Century Liquidating Trust

## STATUS "A"
**CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| | | |

*None

## STATUS "B"
**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "C"

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Serramonte Mortgage Company, Inc. | 09-51817 | Plaintiff will file a Request for Default Judgment. |

\* 1 Case

Case 09-51834-BLS   Doc 13   Filed 08/03/10   Page 6 of 13

# Status "D"

**Preference Actions Settled, Settlement Agreements Executed and/or Filed and Plaintiff Requesting Dismissal of Adversary Proceedings:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|   |   |   |

\* None

-6-    STATUS REPORT

# Status "D"

**Preference Actions Settled, Settlement Agreements Executed and/or Filed and Plaintiff Requesting Dismissal of Adversary Proceedings:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|   |   |   |

* None

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| | | |

\* None

# STATUS "F"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| American MortgageBanc | 09-51845 | Discovery is ongoing. Parties are discussing settlement. |
| Benchmark Lending Group, Inc. | 09-51813 | Discovery is ongoing. Parties are discussing settlement. |
| Broker Solutions, Inc. | 09-51834 | Discovery is ongoing. Parties are discussing settlement. |
| Directors Mortgage, Inc. | 09-51825 | Order Staying Adversary Proceeding entered on 11/29/2009; Parties proceeding to mediation. |
| Equilliance, LLC | 09-51811 | Discovery is ongoing. Parties are discussing settlement. |
| Gateway Mortgage Group, LLC | 09-51846 | Discovery is ongoing. Parties are discussing settlement. |
| Mac-Clair Mortgage Corporation | 09-51853 | Discovery is ongoing. Parties are discussing settlement. |
| Old Merchants Mortgage, Inc. | 09-51855 | Discovery is ongoing. Parties are discussing settlement. |
| United Pacific Realty and Investment, Inc. | 09-51828 | Discovery is ongoing. Parties are discussing settlement. |
| Wall Street Mortgage Bankers, Ltd. | 09-51823 | Discovery is ongoing. Parties are discussing settlement. |

* 10 Cases

## STATUS "G"
### CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

*None

## STATUS "H"
### CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| | | |

* None

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| | | |

## STATUS "J"
### CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

|  |  |  |
|---|---|---|

*None

## STATUS "K"
### CASES IN WHICH AN APPEAL IS PENDING

| Defendant's Name | Adversary Number | Status |
|---|---|---|

*None